### 9060.   SAVANNAH GUANO COMPANY *v.* ABELL.

JENKINS, J.   1. Since the exhibits attached to the motion for a new trial in this case are specifically referred to therein as annexed, they thus became a part of the record; and the motion to dismiss the writ of error, on the ground that the exhibits attached to the motion for a new trial are "nowhere identified or allowed by the trial court as a part of the motion for new trial or as part of the record in the case," is therefore overruled. *Patterson* v. *Collier*, 77 *Ga.* 292 (3 S. E. 119) ; *Central of Georgia Ry. Co.* v. *O'Kelley*, 16 *Ga. App.* 594 (85 S. E. 938).

2. Diligence is required of parties in the preparation of causes, and courts are not inclined to disturb verdicts occasioned by negligence; nor will the court relieve a party from the consequences of mere ignorance, inadvertence, or neglect, by granting a new trial. *Denmond* v. *Hillyer*, 129 *Ga.* 698 (59 S. E. 806) ; *Dacy* v. *State*, 17 *Ga.* 439; *Marshall* v. *Means*, 12 *Ga.* 61 (56 Am. D. 444) ; *Rolfe* v, *Rolfe*, 10 *Ga.* 143.

3. There was sufficient evidence to authorize the verdict, which has the approval of the trial judge, and no reason appears why the verdict should be set aside.

*Judgment affirmed. Wade, C. J., and Luke, J., concur.*
DECIDED APRIL 9, 1918.

Mortgage foreclosure; from city court of Nashville—Judge Christian. June 11, 1917.

*W. D. Buie, J. B. Murrow,* for plaintiff.

*Hendricks, Mills & Hendricks,* for defendant.